JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVARADO CHAVEZ SANTOS ISRAEL,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | Case No. 5:26-cv-3328-SK<br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Petition, **IT IS ADJUDGED** that this action under 28 U.S.C. § 2241 is dismissed without prejudice.

DATED: July 27, 2026

STEVE KIM
United States Magistrate Judge